| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   | LAW CORPORATION |
| 2 | LORI A. NORD, ESQ., #87993 |
|   | ANA PEREZ HALLMON, ESQ., #253309 |
| 3 | 595 Market Street, Suite 2200 |
|   | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 882-2992 |
|   | Facsimile:  (415) 882-2999 |
| 5 | E-mail:    lnord@mjmlaw.us |
|   | E-mail:    ahallmon@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND AND BOARD OF TRUSTEES OF THE TRICO PIPES LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REYCHOLE INDUSTRIES, INC., a California Corporation, d/b/a REYCHOLE MECHANICAL,<br><br>　　　　　Defendant. | No. 09-6035 CRB<br><br>**STIPULATION AND JOINT APPLICATION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their counsel, that:

1.　Plaintiffs and Defendant are circulating a Stipulation for Entry of Judgment which they intend to file within the next 10 days. Consequently, they hereby apply to the Court for an extension of time in which to file their motions for summary judgment, which was ordered by the Court to be done by July 30, 2010 with a hearing date on such motions to be September 10, 2010. The parties request that they have until August 31, 2010 in which to file such a motion should the settlement fall through or judgment not be entered before that date.

2.　No previous extension of time has been granted.

3. The hearing on the motions for summary judgment currently scheduled September 10, 2010 at 10:00 A.M. be continued to sometime on or after October 15, 2010 (to be scheduled at the Court's convenience).

                LAW OFFICES OF MICHAEL W. RUPPRECHT

Dated: July 29, 2010      By: /s/
                 MICHAEL W. RUPPRECHT
                 Attorney for the Defendant

                McCARTHY, JOHNSON & MILLER
                LAW CORPORATION

Dated: July 29, 2010      By: /s/
                 LORI A. NORD
                 Attorneys for Plaintiffs

IT IS SO ORDERED that the date for filing Joint Motions for Summary Judgment is extended to August 31, 2010.

Dated: ___August 2, 2010_____      _____
                 CHARLES R. BREYER
                 United States District C

