McCARTHY, JOHNSON & MILLER
    LAW CORPORATION
LORI A. NORD, ESQ., #87993
ANA PEREZ HALLMON, ESQ., #253309
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:    lnord@mjmlaw.us
E-mail:    ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND AND BOARD OF TRUSTEES OF THE TRICO PIPES LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> REYCHOLE INDUSTRIES, INC., a California Corporation, d/b/a REYCHOLE MECHANICAL, <br><br> Defendant. | No. 09-6035 CRB <br><br> SECOND STIPULATION AND JOINT APPLICATION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their counsel, that:

1. Defendant and its counsel have been unable to meet within the last 30 days to discuss and sign the Stipulation for Entry of Judgment which the parties told the Court that they intended to file by this date. Consequently, the parties hereby apply to the Court for an extension of time in which to file their motions for summary judgment, which was ordered by the Court to be done by August 31, 2010, with a hearing date on such motions to be September 10, 2010. The parties request that they ////

////

////

1  have until October 1, 2010 in which to file such a motion and that the hearing on the motions be
2  rescheduled for a date after September 10, 2010 at the Court's convenience (other than November 19
3  or 26 when plaintiffs counsel will be unavailable).

LAW OFFICES OF MICHAEL W. RUPPRECHT

Dated: August 27, 2010          BY: /s/ _____
                                MICHAEL W. RUPPRECHT
                                Attorney for the Defendant


McCARTHY, JOHNSON & MILLER
LAW CORPORATION

Dated: August 27, 2010          By: /s/ _____
                                LORI A. NORD
                                Attorneys for Plaintiffs

IT IS SO ORDERED that the date for filing Joint Motions for Summary Judgment is extended to October 1, 2010 and the hearing on these joint motions be heard at 10:00 a.m. on __December 03__, 2010.

Dated: September 1, 2010        _____
                                CHARLES R. BREYER
                                United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)